21cr174 NEB/DTS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| | 18 U.S.C. § 922(g)(1) |
| v. | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(d)(1) |
| WILLIAM HOWARD PROTO, JR., | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | 21 U.S.C. § 853 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
**(Possession with Intent To Distribute a Controlled Substance)**

On or about June 29, 2021, in the State and District of Minnesota, the defendant,

**WILLIAM HOWARD PROTO, JR.,**

did knowingly and intentionally possess with intent to distribute a controlled substance, namely, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2
**(Felon in Possession of a Firearm)**

On or about June 29, 2021, in the State and District of Minnesota, the defendant,

**WILLIAM HOWARD PROTO, JR.,**

having previously been convicted of the following felony crimes, each of which was punishable by imprisonment for a term exceeding one year,

SCANNED
AUG 11 2021
U.S. DISTRICT COURT MPLS

United States v. Proto

| Crime | Jurisdiction | Date of Conviction (in or about) |
|---|---|---|
| 1st Degree Sale of Controlled Substance | Dakota County | July 2000 |
| Prohibited Person in Possession of Firearm | Dakota County | July 2000 |
| Prohibited Person in Possession of Firearm | Dakota County | September 2008 |
| Prohibited Person in Possession of Firearm | Dakota County | June 2012 |
| Criminal Vehicular Operation - Under Influence of Controlled Substance | Ramsey County | November 2012 |
| Prohibited Person in Possession of Firearm | Ramsey County | June 2016 |

and knowing he had been convicted of at least one crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a Ruger SP101 .357 Magnum revolver (serial number 572-97805), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATIONS

Counts 1 and 2 of this Indictment are hereby realleged and incorporated as if fully set forth herein, for the purpose of alleging forfeitures.

If convicted of Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense, including but not limited to approximately $56,956.00 in U.S. currency and a Ruger SP101 .357 Magnum revolver (serial number 572-97805), both located in the defendant's vehicle in connection with his arrest on June 29, 2021.

United States v. Proto

If convicted of Count 2 of this Indictment, the defendant shall forfeit to the United States any firearms, accessories and ammunition involved in or used in connection with the violation including, but not limited to a Ruger SP101 .357 Magnum revolver (serial number 572-97805), pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY      FOREPERSON