IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:   JOHN F. DOCHERTY |
| Plaintiff,     ) | U.S. District Judge |
| ) | |
| v.     ) | Case No:          21-cr-174 NEB/DTS |
| ) | Date:                December 30, 2021 |
| William Howard Proto, Jr,     ) | Court Reporter:   Kristine Mousseau |
| ) | Video Conference |
| Defendant,     ) | Time Commenced:   3:24 p.m. |
| | Time Concluded:     3:30 p.m. |
| | Time in Court:        6 minutes |

X **RECONSIDERATION OF DETENTION HRG**

APPEARANCES:

   Plaintiff: Ruth Shnider, Assistant U.S. Attorney
   Defendant:  Daniel Repka, Esq.
                    X Retained

On    X  Motion [35] for Detention Reopening

 X  Deft requested to postpone the reconsideration of detention hearing. Reconsideration of detention hearing to be rescheduled to a date and time TBD.
 X  Text-only order with more information to follow.

Additional Information:

X Defendant consents to this hearing via video conference.
X A typographical error on the second page of the Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Dkt. No. 29) was corrected. The Defense shall file a corrected document.

_____s/SAE<br>Signature of Criminal Duty Clerk