UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-174 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| WILLIAM HOWARD PROTO, JR., | |
| Defendant. | |

This matter is before the Court upon the parties Defendant's motion to exclude time under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act and in the accompanying motion.

Accordingly, IT IS HEREBY ORDERED that the time from January 14, 2022 until April 1, 2022 shall be excluded from the Speedy Trial Act computations in this case.

Dated: January 18, 2022

s/Nancy E. Brasel
NANCY E. BRASEL
United States District Court Judge