UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,   Case No. 21-CR-174 (NEB/DTS)

Plaintiff,

v.   VERDICT FORM

WILLIAM HOWARD PROTO, JR.,

Defendant.

---

Count One: Possession with Intent to Distribute Methamphetamine
(on or about June 29, 2021)

1. With respect to **Count One** of the Indictment, we, the jury, unanimously find the defendant, WILLIAM HOWARD PROTO, JR.:

_____ Not Guilty

__X__ Guilty

of the crime of possession with intent to distribute methamphetamine, as charged in Count One of the Indictment.

*If you find the defendant "guilty," you must answer the following question:*

2. What amount of a mixture or substance containing a detectable amount of methamphetamine do you find, unanimously and beyond a reasonable doubt, that the defendant possessed with the intent to distribute?



Check the largest drug quantity which the jury unanimously agrees was involved in the offense. If the jury is unable to agree, check "Less than 50 grams, but more than zero grams." *Check only one:*

  **X** 500 grams or more of a mixture or substance containing methamphetamine;

  ____ at least 50 grams, but less than 500 grams, of a mixture or substance containing methamphetamine; or

  ____ less than 50 grams, but more than zero grams, of a mixture or substance containing methamphetamine.

### Count Two: Felon in Possession of a Firearm
(on or about June 29, 2021)

1. With respect to **Count Two** of the Indictment, we, the jury, find the defendant, WILLIAM HOWARD PROTO, JR.:

  ____ Not Guilty

  **X** Guilty

of the crime of being a felon in possession of a firearm, as charged in Count Two of the Indictment.

### Count Three: Possession with Intent to Distribute Methamphetamine
(on or about August 19, 2021)

1. With respect to **Count Three** of the Indictment, we, the jury, unanimously find the defendant, WILLIAM HOWARD PROTO, JR.:

  ____ Not Guilty

  **X** Guilty

of the crime of possession with intent to distribute methamphetamine, as charged in Count Three of the Indictment.

*If you find the defendant "guilty," you must answer the following question:*

2. What amount of a mixture or substance containing a detectable amount of methamphetamine do you find, unanimously and beyond a reasonable doubt, that the defendant possessed with the intent to distribute?

**Check the largest drug quantity which the jury unanimously agrees was involved in the offense. If the jury is unable to agree, check "Less than 50 grams, but more than zero grams."** *Check only one:*

     **X** 500 grams or more of a mixture or substance containing methamphetamine;

     ____ at least 50 grams, but less than 500 grams, of a mixture or substance containing methamphetamine; or

     ____ less than 50 grams, but more than zero grams, of a mixture or substance containing methamphetamine.

<u>Count Five: Possession of a Firearm in Furtherance of Drug Trafficking Crime</u>
(on or about August 19, 2021)

1. With respect to **Count Five** of the Indictment, we, the jury, find the defendant, WILLIAM HOWARD PROTO, JR.:

     ____ Not Guilty

     **X** Guilty

of the crime of possessing a firearm in furtherance of a drug trafficking crime, as charged in Count Five of the Indictment.

Please have the foreperson sign and date this form.

**SIGNATURE REDACTED**　　　　　　　　　　6/15/22
―――――――――――――――――　　　　　―――――――――――
　Foreperson's Signature　　　　　　　　　　　Date