# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA
# SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) |
| v. | ) Case No:  21-cr-174 (1) (NEB/DTS) |
|  | ) Date:  November 7, 2022 |
|  | ) Courthouse:  Minneapolis |
| WILLIAM HOWARD PROTO, JR., | ) Courtroom:  13W |
|  | ) Court Reporter:  Brittany Blesener |
| Defendant. | ) Time Commenced:  2:00 p.m. |
|  | ) Time Concluded:  2:35 p.m. |
|  | ) Time in Court:  35 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

   For Plaintiff:   Joseph Teirab and Andrew Dunne, Assistant U.S. Attorneys
   For Defendant:   Daniel Repka, Retained Attorney

☒ Sentencing.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Verdict | Guilty Plea | BOP | SR |
|---|---|---|---|---|
| 1 | X |  | 220 months on Count 1s to be served concurrently to counts 2s-4s and consecutively to Count 5s | 5 years to be served concurrently to Counts 2s-5s |
| 2 | X |  | 120 months on Count 2 to be served concurrently to counts 1s and 3s-4 sand consecutively to Count 5 | 3 years to be served concurrently to Counts 1s, 3s, 4s and 5s |
| 3 | X |  | 220 months on Count 3 to be served concurrently to counts 1s-2s, and 4s and consecutively to Count 5s | 5 years to be served concurrently to Counts 1s-2s and 4s-5s |
| 4 |  | X | 120 months on Count 4 to be served concurrently to counts 1s-3s and consecutively to Count 5s | 3 years to be served concurrently to Counts 1s-3s and 5s |
| 5 | X |  | 60 months on Count 5 to be served consecutively to counts 1s-4s | 5 years to be served concurrently to Counts 1s-4s |

   ☒ Special conditions of: **See J&C for special condition.**
   ☒ Special assessment in the amount of $500.00 due immediately.

☒ The restricted filings ECF Nos. 110 shall remain restricted for 1 years, until 11/7/23.
☒ Defendant is remanded to the custody of the USM.

Date: November 7, 2022                                         s/Kristine Wegner
                                                               Courtroom Deputy to Judge Nancy E. Brasel