UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-174 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER GRANTING IFP STATUS |
| WILLIAM HOWARD PROTO, JR., | |
| Defendant. | |

This matter is before the Court on the application to proceed *in forma pauperis* of defendant William Howard Proto, Jr., on appeal from the sentencing judgment in this matter. *See* ECF No. 117. After review of the IFP application and the financial documentation submitted by Proto concerning the assets available to him in his jail trust account, the Court is satisfied that Proto cannot pay the filing fee for his appeal without the potential for undue hardship. Accordingly, the appellate IFP application will be granted.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of

defendant William Howard Proto, Jr. (ECF No. 117) is GRANTED.

Dated: November 21, 2022          BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge