# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America

_____Plaintiff_____

vs

William Howard Proto, Jr

_____Defendant_____

21-cr-174
District Court Docket Number

Judge Nancy Brasel
District Court Judge

Notice is given that **William Howard Proto, Jr.** appeals to the United States Court of Appeals for the Eighth Circuit from the [✔] Judgment & Commitment  [ ] Order (Specify)

entered in this action on **November 7, 2022**

Daniel Repka
*Digitally signed by Daniel Repka*
*Date: 2022.11.18 20:49:27 -06'00'*

Signature of Defendant's Counsel

351 15th Avenue North
Street Address/Room Number

South St. Paul    MN    55075
City         State       Zip

Daniel P. Repka
Typed name of Defendant's Counsel

( (651) )395-7421
Telephone Number

11/18/2022
Date

---

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

[ ] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof _____
- [ ] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify) _____

[✔] I am not ordering a transcript because
- [ ] Previously filed
- [✔] Other (Specify)   Appellant seeks different counsel

---

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, _____ CJA Form 24 completed
(see separate CJA 24 form in criminal appeals form)

Daniel Repka
*Digitally signed by Daniel Repka*
*Date: 2022.11.18 20:58:38 -06'00'*

Attorney's Signature

11/18/2022
Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: 11/07/2022   ☑ Jury   ☐ Non-Jury
   Offenses: Possession with Intent to Distribute 500 Grams or More of a Detectable Amount of Methamphetamine (two counts), Felon in Possession of a Firearm (two counts), Possession of a Firearm in Furtherance of Drug Trafficking
   Trial Testimony - Number of days: 3   Bail Status: Remanded

3. Sentence and Date Imposed: 280 months imposed on 11/07/2022

4. Appealing:   Sentence ☐   Conviction ☐   Both ☑
   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☑ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: Not yet ordered. Appellant seeks new counsel.
   Stenographer in Charge: Renne Rogge
   (Name, Address, Phone) 300 S. 4th Street, Mpls, MN 55415
   612-664-5107

6. Trial Counsel Was: ☐ Appointed (no fee required)   ☑ Retained (filing fee $505 unless IFP granted)
   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes   ☐ No
   Affidavit of Financial Status filed: On 11/17/2022

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☑ Yes   ☐ No

7. Assistant US Attorney Name and Phone Number: Joseph Teirab
   612-664-5636

## Court Reporter Acknowledgment

Date Order Received   Estimated Completion Date   Est. Number of Pages

Court Reporter Signature   Date

Noticeofappeal (11/05)